**Order entered September 6, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01057-CR**
**No. 05-19-01059-CR**

**TAVARIO JERMAINE SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-87850-2018 & 001-87851-2018**

## ORDER

Appellant filed his timely pro se notices of appeal on August 30, 2019.

We **ORDER** the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in these appeals. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeals. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall determine whether appellant will retain counsel to represent him in the appeals and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record of the hearing, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeals to allow the trial court to comply with the order. The appeals will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    BILL PEDERSEN, III
JUSTICE